IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK NELLOM,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | Case No. 2:22-cv-1093-JDW |
| : | |
| **EXELON CORPORATION,** *et al.,* : | |
|     **Defendants.** : | |

### ORDER

AND NOW, this 5th day of May, 2022, upon consideration of Plaintiff Frank Nellom's Motion to Proceed *In Forma Pauperis* (ECF No. 5), and *pro se* Complaint (ECF No. 1) it is **ORDERED** as follows:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915;

2. The Complaint is deemed filed; and

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the accompanying Memorandum, as follows:

    a. All claims under the Pennsylvania Constitution seeking money damages are **DISMISSED WITH PREJUDICE**.

    b. All other claims are **DISMISSED** without prejudice as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), for the reasons stated in *Nellom v. Exelon Corp.*, No. 22-268, 2022 WL 784518 (E.D. Pa. Mar. 15, 2022).

The Clerk of Court shall mark this case closed for statistical purposes.

                **BY THE COURT:**

                */s/ Joshua D. Wolson*
                **JOSHUA D. WOLSON, J.**